UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MODESTO HERNANDEZ,
an individual,

        Plaintiff,

vs.

BH PREMIUM QUALITY WATERBURY LLC,
a New York Limited Liability Company,

        Defendant.

CASE NO. 3:18-cv-01762-JCH

## DEFAULT JUDGMENT

THIS CAUSE comes before the Court upon Plaintiff's Motion for Default Judgment (the "Motion"). Defendant, BH PREMIUM QUALITY WATERBURY LLC, failed to respond to the Motion and the time do so has passed. The Motion is therefore ripe for review. UPON CONSIDERATION of the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, the Court enters the following order GRANTING Plaintiff's Motion.

It is hereby:

ORDERED AND ADJUDGED that the Plaintiff's Motion is GRANTED. Default judgment as to Count I of the Complaint (Dkt. No. 1), violation of Title III of the Americans with Disabilities Act, is hereby ENTERED. This Court DECLARES that the property owned by the Defendant is in violation of the Americans with Disabilities Act.

It is FURTHER ORDERED AND ADJUDGED that:

1. Defendant is ORDERED to provide accessible signs to identify all disabled use parking spaces throughout the Property at a minimum height of 60 inches measured from the ground surface to the bottom edge of the signs per ADAAG 502.6.

2. Defendant is ORDERED to repave and/or regrade the existing disabled use parking spaces throughout the parking lot to provide slopes not to exceed 1:48 as required under ADAAG 502.4.  In the alternative, relocate the disabled use parking spaces to alternate areas of the parking lot where the slopes do not exceed 1:48 per ADAAG 502.4.

3. Defendant is ORDERED to remodel the curb ramps from Staples to Bob's Stores and from Panera Bread to Sprint to provide maximum running slopes of 1:12, maximum side flare slopes of 1:10, smooth transitions and level landings as per ADAAG 405.2, 405.3, 405.4, 405.7, 406.3 and 406.4.

It is FURTHER ORDERED AND ADJUDGED that Defendant shall reimburse Plaintiff's attorneys' fees in the amount of $4,125.00 and costs in the amount of $478.00.

DONE AND ORDERED in Chambers this  14  day of   January         , 2018.


                                                 /s/Janet C. Hall
                                                UNITED STATES DISTRICT JUDGE